# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

136701

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRIAN SCOTT HUVER,
      Defendant-Appellant.

SC: 136701
COA: 274099
Eaton CC: 06-020118-FH

_____/

      On order of the Court, the application for leave to appeal the May 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

_____
Clerk

p0603